

Peter C. Godfrey
Partner
Direct Dial: 716.848.1246
pgodfrey@hodgsonruss.com

November 15, 2021

**Via CM/ECF**

Hon. Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
United States Courthouse
500 Pearl Street, Room 1230
New York, New York 10007

Dear Magistrate Judge Pollak:

      **Re:**   *Lewis, et al. v. New York Health Care, Inc.*
             **Civil Action No. 21-cv-04333-CBA-CLP**

      I am writing to update the Court concerning the status of mediation. The parties have agreed in principle to proceed before a private mediator and anticipate finalizing the selection of the mediator within the next few days.

      Thank you for your consideration.

                                  Respectfully yours,

                                  s/ *Peter C. Godfrey*

                                  Peter C. Godfrey

cc:    All counsel of record (via CM/ECF)
       Sarah N. Miller, Esq. (via e-mail)