**Peter C. Godfrey**
Partner
Direct Dial: 716.848.1246
pgodfrey@hodgsonruss.com



December 1, 2021

<u>**Via CM/ECF**</u>

Hon. Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
United States Courthouse
500 Pearl Street, Room 1230
New York, New York 10007

Dear Magistrate Judge Pollak:

> **Re:** *Lewis, et al. v. New York Health Care, Inc.*
> <u>**Civil Action No. 21-cv-04333-CBA-CLP**</u>

      We are writing to update the Court concerning settlement discussions among the parties. The parties have agreed to first attempt settlement directly through counsel. In the event the parties are unable to make significant progress on their own within the next two weeks, they have further agreed to proceed with mediation. To that end, the parties have agreed upon two highly experienced mediators both of whom are mutually acceptable, and will proceed with one of those neutrals, based upon availability and other facts, should mediation prove necessary.

      Thank you for your consideration.

          Respectfully yours,

          s/ *Peter C. Godfrey*

          Peter C. Godfrey

cc:    All counsel of record (via CM/ECF)